

December 15, 2023

<u>**VIA EMAIL AND U.S. MAIL**</u>

Sergei Lemberg
Lemberg Law, LLC
43 Danbury Road
Wilton, CT 06897
slemberg@lemberglaw.com

        Re:    <u>*Cohen v. Nutricost,* 23-cv-6387-NJC-AYS</u>

Dear Mr. Lemberg:

    Attached please find Defendant's Notice of Motion to Dismiss Plaintiff's Complaint and Defendant's Memorandum of Law in Support of Motion to Dismiss Plaintiff's Complaint, in the above-referenced matter.

    Once it is fully briefed, we will file all motion papers on ECF.

Very truly yours,

William P. Cole
Amin Talati Wasserman LLP